ALBERT H. ARONSON, APPELLEE, V. JOHN P. E. CARLSON,
APPELLANT.

FILED MARCH 14, 1913.   No. 17,098.

Appeal: AFFIRMANCE. Where the record brought to the supreme court
on appeal contains no bill of exceptions, the judgment of the dis-
trict court, if sustained by the pleadings, will be affirmed.

APPEAL from the district court for Polk county:
GEORGE F. CORCORAN, JUDGE. *Affirmed.*

*John Tongue,* for appellant.

*Mills & Beebe,* contra.

BARNES, J.

Action in the district court for Polk county to recover
a balance alleged to be due plaintiff on a judgment ren-
dered against defendant and in plaintiff's favor in the
district court for the county and city of Denver, in the
state of Colorado. Plaintiff had the judgment, and the
defendant has appealed.

The record brought to this court contains no bill of
exceptions, and therefore the only question presented for
our determination is, are the pleadings sufficient to sup-
port the judgment? The transcript discloses that plain-
tiff's petition was in the usual form of a declaration on a
foreign judgment. Defendant's answer does not challenge
the jurisdiction of the district court of the state of Colo-
rado in which the judgment sued on was rendered. It con-
tains no allegation of fraud on the part of plaintiff in
obtaining the judgment, and contains no plea of payment
or satisfaction.

As we view the record, the pleadings are sufficient to
sustain the judgment of the district court, and it is there-
fore

AFFIRMED.